Case 4:20-cv-00514   Document 59   Filed on 04/12/23 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>        Plaintiff,            )<br>                              )<br>v.                            )<br>                              )<br>PAULINE KAUFMAN and           )<br>PAULINE KAUFMAN, as Executrix of the  )<br>ESTATE OF AVIK KAUFMAN,       )<br>        Defendant.            ) | Case No. 4:20-cv-00514 |

## JUDGMENT AGAINST PAULINE KAUFMAN.

The Court has considered the agreement of the parties, the United States of America and Pauline Kaufman, individually, and has determined that judgment should be entered with the agreement. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Defendant, Pauline Kaufman, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty assessed against her for the 2007 year in the amount of $10,000 as of Feb 20, 2018, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

2. Defendant, Pauline Kaufman, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty assessed against her for the 2008 year in the amount of

$10,000 as of February 20, 2018, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

3. Defendant, Pauline Kaufman, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty assessed against her for the 2009 year in the amount of $10,000 as of February 20, 2018, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

4. Defendant, Pauline Kaufman, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty assessed against her for the 2010 year in the amount of $10,000 as of February 20, 2018, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

5. Each party shall bear their respective costs, including any attorney's fees.

Signed on April 12, 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

AGREED:

/s/Christopher Sharkey
Christopher Sharkey
SBOT: 18114150
Fed. I.D. No.: 13277
P.O. Box 550348
Houston, Texas 77255-0348
(713) 683-1007
(713) 683-1067 (fax)
sharkeylaw@sbcglobal.net
ATTORNEY FOR PAULINE KAUFMAN AND PAULINE KAUFMAN, AS EXECUTRIX OF THE ESTATE OF AVIK KAUFMAN


/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
(214) 880-9754 (Linder)
(214) 880-9741 (facsimile)
herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES